ELLI STIGERS *v.* BARRY D. STIGERS

The defendant's petition for certification for appeal from the Appellate Court is denied.

*Ronald D. Japha,* in support of the petition.

*David S. Rutkin,* in opposition.

Decided April 18, 1985

MICHAEL W. HOLLAND ET AL. *v.* REIKO CRICKARD ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 3 Conn. App. 346, is denied.

*Alan A. Rosa,* in support of the petition.

*William C. Franklin,* in opposition.

Decided April 24, 1985

MICHAEL BUSHEY *v.* ISELI COMPANY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 3 Conn. App. 370, is denied.

*Edward T. Dodd, Jr.,* in support of the petition.

Decided April 24, 1985

STATE OF CONNECTICUT *v.* STEPHEN P. CASSIDY III

The defendant's petition for certification for appeal from the Appellate Court, 3 Conn. App. 374, is denied.

*Richard T. Meehan, Jr.,* in support of the petition.

Decided April 24, 1985